156 A.3d 170

CITY OF TRENTON PLAINTIFF–RESPONDENT, v. CANNON COCHRAN MANAGEMENT SERVICES, INC., AS SUCCESSOR TO ALLIED RISK SERVICES, INC., DEFENDANT–PETITIONER, AND INSERVCO INSURANCE SERVICES, INC., DEFENDANT, AND CANNON COCHRAN MANAGEMENT SERVICES, INC., THIRD–PARTY PLAINTIFF, v. RAM INSURANCE AGENCY, INC. AND KATHERINE YOUNG, THIRD–PARTY DEFENDANTS.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004921–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.